UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : |
| BRIAN JAMES LAPRATH, | : VIOLATION: 18 U.S.C. § 1956(a)(2)(A) |
| Defendant. | : (Laundering of Monetary Instruments) |

## INFORMATION

The United States Attorney charges that:

### Count One

On or about June 29, 2016, in the District of Columbia, the defendant, BRIAN JAMES LAPRATH, did transport, transmit, and transfer, and attempted to transport, transmit, and transfer a monetary instrument and funds, that is approximately .06 bitcoin, from a place in the United States to or through a place outside the United States, that is South Korea, with the intent to promote the carrying on of specified unlawful activity, that is, 18 U.S.C. § 2252A (relating to child pornography) where the child pornography contains a visual depiction of an actual minor engaging in sexually explicit conduct.

(**Laundering of Monetary Instruments**, in violation of Title 18, United States Code, Section 1956(a)(2)(A))

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By: _____
Zia Faruqui, D.C. Bar No. 494990,
Lindsay Suttenberg, D.C. Bar No. 978513,
Youli Lee, D.C. Bar No. 494990,
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7117; Zia.Faruqui@usdoj.gov