UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 19-cr-17 (DLF) |
| v. : | |
| : | |
| BRIAN JAMES LAPRATH, : | |
| : | |
| Defendant. : | |

NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Zia M. Faruqui, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

BY:    /s/ *Arvind Lal*
ARVIND LAL
D.C. Bar No. 389496
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 252-7688
Arvind.Lal@usdoj.gov